UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
JASON CAMACHO AND ON BEHALF OF ALL : ECF CASE
OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,      : No.: 1:17-cv-8786-RJS

v.

NRT NEW YORK, LLC,

              Defendant.
-----------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/18

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, on behalf of the Plaintiff and Defendants, that the above-captioned action is hereby dismissed, with prejudice, with each party bearing its own costs.

Dated: New York, New York
July 5, 2018

_____
Daniella Adler
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
(212) 583-9600
*Attorneys for Defendant*

_____
Ben Baumgartner
Gehi & Associates
104-05 Liberty Avenue
Ozone Park, NY 11417
(718) 577-0711
*Attorneys for Plaintiff*

STIPULATION APPROVED AND SO ORDERD:

_____
Hon. Richard J. Sullivan
New York, New York
7/11/18

The Court's approval of the parties' stipulation of dismissal does not alter the force and effect of the Court's prior Order dismissing this action and retaining jurisdiction to enforce the parties' settlement agreement. (Doc. No. 26.)